No. 376. WILLIAM B. BALES *v.* UNITED STATES. Error to the District Court of the United States for the Southern

590

OCTOBER TERM, 1918.

Cases Disposed of Without Consideration by the Court.   248 U. S.

District of New York.   October 28, 1918.   Judgment reversed upon confession of error; and cause remanded for further proceedings, on motion of *Mr. Assistant to the Attorney General Todd* for the United States.. *Mr. Harry Weinberger* for plaintiff in error.